# ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | **RE:** | Antonio Rosas-Ramirez |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:18-cr-00053-EJD-1 |
| **Date:** | 6/26/25 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sarai Canales                                         (415) 940-5181

U.S. Pretrial Services Officer                        **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 5 4th Floor on July 2, 2025 at 11:30 a.m.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____                    June 27, 2025
**JUDICIAL OFFICER**                          **DATE**